denying compensation, the decision of the Commission, as sustained by the court below, must be upheld.

Affirmed.

─────────

LILLIAN LOUISE BROOKS v. VIRGIL LEE MILLSAP, BEATRICE MORGAN AND JOHN DANIEL MORGAN.

(Filed 25 May, 1955.)

APPEAL by defendants from *Phillips, J.,* October Term, 1954, of GUILFORD (Greensboro Division).

This is an action to recover damages for personal injuries sustained by the plaintiff resulting from the alleged negligence of the defendants.

On 5 September, 1951, about 10:15 p.m., Harold F. Brooks was operating his Chevrolet automobile in an easterly direction over Pinecroft Road, approaching the intersection of said road with U. S. Highway 29. His wife, plaintiff in this action, was riding with him. At the same time, Virgil Lee Millsap was operating the Mercury automobile of defendant Beatrice Morgan in a northerly direction on U. S. Highway 29, approaching the aforesaid intersection. The defendant John Daniel Morgan and Millsap were business partners. John Daniel Morgan had driven the Mercury automobile over to Guilford County and Millsap was driving it back. The car of Harold F. Brooks and the automobile of Beatrice Morgan collided at the intersection, seriously injuring the plaintiff.

The jury answered the issues of negligence and damages in favor of the plaintiff. From the judgment entered on the verdict the defendants appeal and assign error.

*Jordan & Wright for plaintiff, appellee.*

*Price & Osborne and J. C. Johnson, Jr., for defendants, appellants.*

PER CURIAM. We have carefully examined the exceptions and assignments of error brought forward by the defendants on this appeal, and find them without sufficient merit to disturb the result of the trial below.

No error.